IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANTANA HAYES, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:14-CV-00106-WSD |
| ) | |
| CLUB WAX, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED R. CIV. P. 41(1)(A)(ii)**

NOW COME the parties, by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(1)(A)(ii), hereby stipulate to the dismissal without prejudice of all claims pending in this action.

This 14th day of November, 2014.

| | |
|---|---|
| /s/ Harlan S. Miller | /s/ Edward M. Gilgor |
| Harlan S. Miller | Edward M. Gilgor |
| Georgia Bar No. 506709 | Georgia Bar No. 294716 |
| PARKS, CHESIN & WALBERT, PC. | EDWARD GILGOR, LLC |
| 75 Fourteenth Street | 4123 Friendship Rd. |
| Suite 2600 | Suite C |
| Atlanta, Ga., 30309 | Tucker, Ga., 30084 |
| hmiller@pcwlawfirm.com | edward.gilgor@gmail.com |
| Counsel for Plaintiffs | Counsel for Defendants |